U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed October 25, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

WOLFGANG RUHL
CHARLOTTE RUHL

CASE NO: 10-70039-HDH-13

HEARING DATE:  11/17/2010
HEARING TIME:  10:00am

### ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

On this day came on to be heard the Trustee's Recommendation Concerning Claims and Plan Modification (if required) (TRCC). It appears to the Court that due notice has been given to all creditors, Debtor(s) and Debtor's counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2010-01, and the confirmed plan in this case.

IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee's Modification of Debtor's(s') Confirmed Plan, shall be approved as follows:

The secured claim filed by Wichita County in the amount of $2,683.98 shall be valued at $64,787 and paid through the plan at 12% interest over 59 months with a payment of $75.96 per month.

Debtors plan term shall be extended from 59 to 60 months. Debtor shall pay $2,254 per month beginning March 2010 for 9 months; then Debtor shall pay $2,279 per month beginning December 2010 for the remaining 51 months; Also the additional plan payment of $1,127 paid on 3-31-2010 shall be kept and applied to the base for a total base amount of $137,642.00. Plan shall remain a 100% plan to the unsecured creditors.

# # # End of Order # # #

/s/ Walter O'Cheskey
_____
Walter O'Cheskey